UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 03-CV-10788-RGS

NILSON ALMEIDA,

Plaintiff,

v.

ACME BUILDING SERVICES, INC. and
PIONEER JANITORIAL SERVICES,
INC.,

Defendants.

JOINT STATEMENT
UNDER L.R. 16.1(D)

Pursuant to Local Rule 16.1(D) and the Notice of Scheduling Conference dated August 5, 2003, the parties, by their respective counsel, hereby respectfully submit this Joint Statement.

1. Joint Discovery Plan.

The parties agree to the following proposed discovery plan:

a. The initial disclosures required by Fed. R. Civ. P. 26(a)(1) shall be served not later than fourteen (14) days after the date of the Scheduling Conference (i.e., on or by September 18, 2003).

b. The service of all written discovery requests (including interrogatories under Fed. R. Civ. P. 33, requests for production of documents under Fed. R. Civ. P. 34 and requests for admissions under Fed. R. Civ. P. 36) shall be made not later than January 16, 2004.

c. All depositions shall be completed not later than March 1, 2004.

    d.    Expert disclosure as required by Fed. R. Civ. P. 26(a)(2)(C) shall be made not later than April 1, 2004 and rebuttal disclosure as contemplated by the same rule shall be made not later than May 1, 2004.

    e.    Nothing herein limits the obligation of the parties to make pre-trial disclosures not later than thirty (30) days prior to trial pursuant to Fed. R. Civ. P. 26(a)(3).

2.    <u>Proposed Schedule for Filing of Motions.</u>

The parties propose that any motion for summary judgment under Fed. R. Civ. P. 56 be filed not later than 270 days after the date of the Scheduling Conference (<u>i.e.</u>, on or by May 31, 2004).

3.    <u>Certifications by Counsel.</u>

Each of the parties and their respective counsel hereby certify that each such party and his or its counsel have conferred:

    a.    with a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of the litigation; and

    b.    to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

NILSON ALMEIDA
By his attorney,

*Dennis M. Bottone /TAM*
Dennis M. Bottone
BBO No. 541816
Law Office of
Dennis M. Bottone, P.C.
2 Florence Street
Malden, Massachusetts 02148
(781) 321-3223

Certification by client as to ¶ 3, above:

_____
Nilson Almeida

Date:  8/28/03

3

ACME BUILDING
SERVICES, INC.
By its attorney,

*Thomas A. Mullen*

Thomas A. Mullen, P.C.
4 Avon Street
Wakefield, Massachusetts 01880
(781) 245-2284
BBO No. 360315

Certification by client as to ¶ 3, above:

ACME BUILDING
SERVICES, INC.

By: *John DeLuca*
John DeLuca
President

Date: 8/28/03

                      PIONEER JANITORIAL
                      SERVICES, INC.
                      By its attorney,

                      /s/ Scott C. Garrant
                      Scott C. Garrant
                      BBO No. 564379
                      Simeola & Simeola, P.C.
                      4 Avon Street
                      Wakefield, Massachusetts 01880
                      (781) 245-4002

Certification by client as to ¶ 3, above:

                      PIONEER JANITORIAL
                      SERVICES, INC.

                      By: /s/ Francis Gello
                           Francis Gello
                           President

Date: 8/28/03

c:\Acme\JointStatement